UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OFFSHORE MARINE CONTRACTORS, INC. | * | CIVIL ACTION |
| VERSUS | * | NO: 04-1088 |
| LABORED MARINE CREWBOATS, LLC, AND HORIZON OFFSHORE CONTRACTORS, INC. | * | SECTION: "D"(4) |

## ORDER AND REASONS

Before the court is the **"Motion to Stay and Approve Supersedeas Bond"** filed by Defendant, Horizon Offshore Contractors, Inc.  Laborde Marine Crewboats, LLC filed a memorandum in opposition.  The motion, set for hearing on Wednesday, April 11, 2007, is before the court on briefs, without oral argument. Now, having considered the memoranda of counsel, the record, and the applicable law, the court rules.

On January 25, 2007, after the Bench Trial, the court issued its "Order and Reasons" (Doc. No. 98) and a "Judgment" (Doc. No. 99).  Judgment was entered in favor of Plaintiff, Offshore Marine Contractors, Inc., and against Defendant, Horizon Offshore Contractors, Inc., in amount of **$263,016.31**, plus post-Judgment

interest at the legal rate from date of Judgment until paid, and costs.   Judgment was also entered in favor of Laborde Marine Crewboats, LLC (Plaintiff in Counter-Claim) and against Offshore Marine Contractors, Inc. (Defendant in Counter-Claim) in the amount of **$35,965.00**, plus post-Judgment interest at the legal rate from date of Judgment until paid, and costs.  (*See* Judgment, Doc. No. 99).

In the instant motion, Horizon moves the court to **approve** the Supersedeas Bond posted by Horizon in the amount of $320,000, and **stay** the Judgment in favor of Plaintiff Offshore Marine pending Horizon's appeal.   Plaintiff Offshore Marines did not file an opposition to this motion.

However, Laborde Marine Crewboats filed an opposition arguing that Horizon's motion should be limited to the Offshore Marine's Judgment against Horizon, and Laborde's Judgment against Offshore Marine should remain executory.  The court agrees because Offshore Marine has not appealed Laborde's Judgment, moved to stay it or posted a bond.  Accordingly,

**IT IS ORDERED** that Horizon's **"Motion to Stay and Approve Supersedeas Bond"** be and is hereby **GRANTED** to the extent that the court **APPROVES** Horizon's Supersedeas Bond in the amount of $320,000, and the court **STAYS** that portion of the Judgment entered

2

on January 25, 2007 (Doc. No. 99) against Horizon and in favor of Offshore Marine.  Fed. Rule Civ Proc. 62(d).  However, the court does not stay that potion of the Judgment entered on January 25, 2007 (Doc. No. 99) against Offshore Marine and in favor of Laborde. Laborde's Judgment against Offshore Marine remains executory.

New Orleans, Louisiana, this **5th** day of **April**, **2007**.


_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE